UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VIVIAN NORRIS de MONTAIGU

                Plaintiff,

-v-

YBJ PRODUCTIONS, et al.,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 8 2012

11 Civ. 08195 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On March 28, 2012, the Court dismissed Plaintiff's Complaint with leave to amend on or before April 11, 2012 (Docket #25). Plaintiff's counsel having informed the Court earlier today that it does not intend to file an amended complaint, this action is hereby DISMISSED with prejudice. The Clerk of Court is instructed to close the case.

SO ORDERED:

Dated: April 18, 2012
New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge